*People ex rel. Metropolitan Street Ry. Co.* v. *Barker*, 121 App. Div. 661,
affirmed.

(Submitted November 14, 1910; decided November 29, 1910.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
October 29, 1907, which affirmed an order of Special Term
vacating the assessment of the capital stock of the relator for
the year 1897.

*Archibald R. Watson, Corporation Counsel (Curtis A.
Peters of counsel)*, for appellants.

*Joseph P. Cotton, Jr.*, and *George Rublee* for respondent.

Order affirmed, with costs, on opinion of INGRAHAM, J.,
below.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WIL-
LARD BARTLETT and CHASE, JJ. Not sitting: GRAY, J.

---

In the Matter of the Application of the CITY OF NEW YORK,
Respondent, Relative to Acquiring Title to Lands Required
for the Opening of Mohegan Avenue.

ADELAIDE V. BLACK, Appellant.

*Matter of City of New York (Mohegan Ave.)*, 137 App. Div. 942,
affirmed.

(Argued November 14, 1910; decided November 29, 1910.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered April
8, 1910, which affirmed an order of Special Term confirming

the report of commissioners of estimate and assessment in the above-entitled proceeding.

*George E. Baldwin* for appellant.

*Archibald R. Watson, Corporation Counsel* (*Theodore Connoly, Joel J. Squier* and *F. W. Gahrmann* of counsel), for respondent.

Order affirmed, with costs ; no opinion.

Concur : CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.